PROB 12D Amended
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Amended Request for Summons & Modification of the Conditions or Term of Supervision

---

**Name of Offender:**  Christopher Demetrius Robinson   **Case Number:**  4:15-cr-00098-001

**Name of Sentencing Judicial Officer:**  Stephanie M. Rose, Chief U.S. District Judge

**Date of Original Sentence:**  January 27, 2016

**Original Offense:**  18 U.S.C. § 2250(a) - Failure to Register

**Original Sentence:**  30 months imprisonment; 96 months supervised release

**Date Original Supervision Commenced:**  May 4, 2018

**Date Current Supervision Commenced:**  September 17, 2021

**All Prior Reports & Actions:**
January 12, 2018 – Up to 120 days residential reentry center placement, up to 120 days curfew supervision (cause)
August 29, 2018 – Information report
October 29, 2018 – 24-hour jail placement
January 16, 2019 – Motion for modification
January 17, 2019 – Petition for warrant
January 31, 2019 – Addendum
February 6, 2019 – Revoked; 12 months imprisonment, 60 months supervised release
April 15, 2020 – Up to 120 days residential reentry center placement (cause)
May 15, 2020 – Information report
June 23, 2020 – Information report
June 25, 2020 – Mental health condition
August 17, 2020 – Summons issued
September 18, 2020 – Revoked; 12 months imprisonment, 48 months supervised release
September 22, 2020 – Information report
June 1, 2022 – Information Report
June 24, 2022 – Information Report
May 23, 2023 – Information Report
June 6, 2023 – Information Report
June 21, 2023 – Information Report
June 22, 2023 – Update on supervision
August 31, 2023 – Summons issued

---

### PETITIONING THE COURT

☐   To issue a warrant.

☐   To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below (new and updated information presented in italics):

| U.S. v. Christopher Demetrius Robinson (4:15-cr-00098-001) | Addendum to the Request for Summons & Modification of the Conditions or Term of Supervision |
|---|---|

**Violations**

1. New Law Violation – Assault Causing Bodily Injury or Mental Illness

<u>Nature of Noncompliance</u>

On August 27, 2023, the U.S Probation Office was notified that Mr. Robinson was arrested in response to an assault. Des Moines Police Department (DMPD) Officers on scene stated that Mr. Robinson was alleged by the multiple minors on scene to have choked his girlfriend's 18-year-old daughter. Mr. Robinson and his girlfriend reported that he was trying to break up a physical altercation between his girlfriend and the 18-year-old. DMPD Officers stated that the 18-year-old did not have any physical signs of strangulation at the time of the investigation. Mr. Robinson has been released while the case is pending.

*On November 30, 2023, Mr. Robinson's this case (no.: SRCR373466) was dismissed. In addition, the no contact order was rescinded.*

**Violations**

2. Failure to Reside at Approved Residence

<u>Nature of Noncompliance</u>

On December 7, 2023, the U.S. Probation Office contacted the manager at the Hampton Meadows Apartments to inquire if Mr. Robinson still resided at 6504 Chaffee Road, Apt. 58, Des Moines, Iowa. The apartment manager reported that Mr. Robinson's girlfriend, who was the official leaser, was provided with an eviction notice on December 1, 2023. In addition, the manager noted that Mr. Robinson and his girlfriend were seen loading a UHaul on December 3 or 4, 2023. On December 7, 2023, the apartment maintenance staff entered the aforementioned apartment and verified that the occupants had exited. On December 8, 2023, the U.S. Probation Office made contact with Mr. Robinson who reported he moved out of the apartment and forgot to report it to the Probation Officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 11, 2023

by: *Nick Davis* (signature)
Nick Davis
U.S. Probation Officer

| U.S. v. Christopher Demetrius Robinson (4:15-cr-00098-001) | Addendum to the Request for Summons & Modification of the Conditions or Term of Supervision |
|---|---|

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

_____
Mikaela J. Shotwell
Assistant United States Attorney

_____
Signature

A SUMMONS FOR THE OFFENDER'S APPEARANCE BEFORE THE UNITED STATES DISTRICT COURT WAS PREVISIOUSLY REQUESTED; THUS, NO ADDITIONAL ORDER IS REQUESTED.

PLEASE FILE FOR USE IN THE OFFENDER'S SUMMONS IN A CRIMINAL CASE HEARING.