PROB 12C
(SDIA 05/23)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Christopher Demetrius Robinson  **Case Number:** 4:15-cr-00098-001

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, Chief U.S. District Judge

**Date of Original Sentence:** January 27, 2016

**Original Offense:** 18 U.S.C. § 2250(a) - Failure to Register

**Original Sentence:** 30 months imprisonment; 96 months supervised release

**Date Original Supervision Commenced:** May 4, 2018

**Date Current Supervision Commenced:** September 17, 2021

**All Prior Reports & Actions:**  January 12, 2018 – Up to 120 days residential reentry center placement, up to 120 days curfew supervision (cause)
August 29, 2018 – Information report
October 29, 2018 – 24-hour jail placement
January 16, 2019 – Motion for modification
January 17, 2019 – Petition for warrant
January 31, 2019 – Addendum
February 6, 2019 – Revoked; 12 months imprisonment, 60 months supervised release
April 15, 2020 – Up to 120 days residential reentry center placement (cause)
May 15, 2020 – Information report
June 23, 2020 – Information report
June 25, 2020 – Mental health condition
August 17, 2020 – Summons issued
September 18, 2020 – Revoked; 12 months imprisonment, 48 months supervised release
September 22, 2020 – Information report
June 1, 2022 – Information Report
June 24, 2022 – Information Report
May 23, 2023 – Information Report
June 6, 2023 – Information Report
June 21, 2023 – Information Report
June 22, 2023 – Update on supervision
August 31, 2023 – Summons issued
December 12, 2023 – Addendum
January 8, 2024 – Addendum

**PETITIONING THE COURT**

☒  To issue a warrant.

☐  To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below (please note, violations 1 through 4 were previously alleged to the Court and were pending a modification hearing; they are consolidated with the new violations (5 through 7) for purposes of a combined revocation proceeding):

**Violations**

1. New Law Violation – Assault Causing Bodily Injury or Mental Illness

Nature of Noncompliance

On August 27, 2023, the U.S Probation Office was notified that Mr. Robinson was arrested in response to an assault. Des Moines Police Department (DMPD) Officers on scene stated that Mr. Robinson was alleged by the multiple minors on scene to have choked his girlfriend's 18-year-old daughter. Mr. Robinson and his girlfriend reported that he was trying to break up a physical altercation between his girlfriend and the 18-year-old. DMPD Officers stated that the 18-year-old did not have any physical signs of strangulation at the time of the investigation. Mr. Robinson has been released while the case is pending.

On November 30, 2023, Mr. Robinson's case no.: SRCR373466 was dismissed. In addition, the no contact order was rescinded.

**Violations**

2. Failure to Reside at Approved Residence

Nature of Noncompliance

On December 7, 2023, the U.S. Probation Office contacted the manager at the Hampton Meadows Apartments to inquire if Mr. Robinson still resided at 6504 Chaffee Road, Apt. 58, Des Moines, Iowa. The apartment manager reported that Mr. Robinson's girlfriend, who was the official lessee, was provided with an eviction notice on December 1, 2023. In addition, the manager noted that Mr. Robinson and his girlfriend were seen loading a UHaul on December 3 or 4, 2023. On December 7, 2023, the apartment maintenance staff entered the aforementioned apartment and verified that the occupants had exited. On December 8, 2023, the U.S. Probation Office made contact with Mr. Robinson who reported he moved out of the apartment and forgot to report it to the Probation Officer.

**Violations**

3. Alcohol Use

4. Failure to Reside at Approved Residence

Nature of Noncompliance

On December 28, 2023, the U.S. Probation Office conducted an unannounced home contact on Mr. Robinson at his last known residence located at 1241 23rd Street, Des Moines, Iowa. While conducting the home contact, Mr. Robinson and his roommates instructed the Probation Officers that they were in the process of moving out of the residence immediately due to being kicked out. At the conclusion the off the home contact, Mr. Robinson submitted a preliminary breath test (PBT) that yielded a 0.13 reading. Mr. Robinson admitted to consuming alcohol earlier in the day. Mr. Robinson was instructed to contact his Probation Officer regarding his living arrangements; otherwise, he was to report to the Central Iowa Shelter.

On January 2, 2024, the U.S. Probation Office attempted to conduct a home contact at Mr. Robinson's last known address. During the home contact, the Probation Officers were met by the new tenant, who reported that she officially moved into the 1241 23rd Street address on December 31, 2023. The new tenant advised the other residents were officially out of the residence on December 28, 2023. The Probation Office contacted the Central Iowa Shelter on January 3, 2024, and staff reported no record of Mr. Robinson's presence on or after December 28, 2023. On January 4, 2024, Mr. Robinson reported a new residence. On January 5, 2024, Mr. Robinson reported to the U.S. Probation Office and submitted a negative urine sample and preliminary breath test.

**Violations**

5. Failure to Reside at Approved Residence
6. Failure to Follow Instructions of the Probation Officer

Nature of Noncompliance

On January 23, 2024, Mr. Robinson registered as homeless with the Iowa Sex Offender Registry. Mr. Robinson failed to report his homelessness to the U.S. Probation Office and his specific whereabouts were unknown until January 31, 2024. On that same date, the U.S. Probation Office initiated contact with Mr. Robinson via telephone. During said phone call, Mr. Robinson was instructed by the U.S. Probation Office that he needed to appear on February 1, 2024, between 8:00 a.m. – 3:00 p.m., or provide a location where the officers could meet him on February 2, 2024. Mr. Robinson failed to appear at the office or provide a location where he could be met as instructed.

**Violations**

7. Alcohol Use

Nature of Noncompliance

On February 2, 2024, the U.S. Probation Office conducted an unannounced home contact on Mr. Robinson at the Econo Lodge in Urbandale, Iowa. The U.S. Probation Officer received information regarding Mr. Robinson's location due to a missing person's call the night prior from the Urbandale Police Department. Subsequently, Mr. Robinson submitted a preliminary breath test (PBT) that yielded a 0.099 reading.

<u>U.S. Probation Officer Recommendation</u>:

The term of supervision should be

   ☒  revoked.

   ☐  extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 2, 2024

by: _/s/ Nick Davis_____
    Nick Davis
    U.S. Probation Officer

---

The United States Attorney's Office:

☒  Does not object to the proposed action.

☐  Objects but does not request a formal hearing be set.

           Joseph H. Lubben
          Assistant United States Attorney

☐  Objects and will petition the Court requesting that a formal hearing be set.

           */s/ Joseph Lubben*
           Signature

---

THE COURT ORDERS:

☐  No action.

☐  The issuance of a warrant.

        _____
         Signature of Judicial Officer

☐  The issuance of a summons so a hearing can be held on _____

        _____
          Date

at _____.